IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| | | Case No.  20-CR-20148 SHL/tmp |
| v. | * | |
| | | **<u>Under Seal</u>** |
| KATRINA ROBINSON, | * | |
| Defendant. | * | |

## MOTION TO SEAL COMPLAINT AND AFFIDAVIT

COMES NOW the United States of America, by and through D. Michael Dunavant, United States Attorney, and Christopher E. Cotten, Assistant United States Attorney for the Western District of Tennessee, and respectfully moves that this Honorable Court enter an order sealing the complaint, along with the accompanying affidavit, in the above-styled case. In support of this motion, the United States would show the following:

1. In February 2020, agents executed search warrants at the defendant's business and primary and secondary residences. The searches generated a fairly considerable amount of media coverage because of the defendant's status as a sitting State Senator, and it is therefore anticipated that the charges in the complaint will do likewise.

2. The United States therefore requests that the complaint and affidavit be filed under seal so as not to prematurely reveal the existence of the charges to the defendant or to the public at large so that the defendant can be arrested safely and without incident. The United States will move to unseal these documents once the defendant is arrested.

3.     The United States requests a partial unsealing so that copies of the complaint and affidavit can be provided to other law enforcement officers to further the investigation and execution of the arrest warrant.

## CONCLUSION

For the foregoing reasons, the United States respectfully requests that the complaint and affidavit be sealed as set forth herein.

                                        Respectfully submitted,

                                      D. MICHAEL DUNAVANT
                                      United States Attorney

By:     /s Christopher E. Cotten
       Christopher E. Cotten
       Assistant United States Attorney
       800 Federal Bldg., 167 N. Main
       Memphis, Tennessee 38103
       (901) 544-4231
       chris.cotten@usdoj.gov