AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Tennessee

FID 11149744

| United States of America | ) |
|---|---|
| v. | ) |
| Katrina Robinson | ) Case No. 20-CR-20148 SHL/tmp |
| | ) |
| | ) |
| | ) |
| Defendant | ) |

wsmt # 32022-076

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Katrina Robinson,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Theft and embezzlement involving goverment programs (18 U.S.C. 666), wire fraud (18 U.S.C. 1343)

**ORIGINAL**

Date: 07/24/2020

/s/ Charmiane G. Claxton
*Issuing officer's signature*

City and state:   Memphis, Tennessee

Charmiane G. Claxton, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 7-29-20, and the person was arrested on *(date)* 7-29-20
at *(city and state)* memphis, TN

Date: 7-29-20

*Arresting officer's signature*

Stephen Baker Olsen
*Printed name and title*