IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| Plaintiff, | * | |
| v. | * | Crim. No. 2:20-cr-20148-SHL |
| **KATRINA ROBINSON,** | * | <u>Under Seal</u> |
| Defendant. | * | |

___

### ORDER UNSEALING SEARCH WARRANT DOCUMENTS
### AND WITHDRAWING PREVIOUS MOTIONS
___

Upon motion of the United States, the sealed documents in the following matters are UNSEALED so that they can be provided in discovery: 20-SW-049, 20-SW-050, 20-SW-156, 20-SW-157, 20-SW-161.

The following motions, previously filed in this case concerning the sealed search warrant documents, are WITHDRAWN: RE-24, RE-25, RE-26.

**IT IS ORDERED**, this 21st day of <u>September,</u> 2020.

s/Sheryl H. Lipman
SHERYL H. LIPMAN
UNITED STATES DISTRICT JUDGE