**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **FILE UNDER SEAL** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CRIMINAL No.2:20-cr-20148-SHL** |
| **v.** | ) | |
| | ) | **18 U.S.C. §666** |
| **KATRINA ROBINSON,** | ) | **18 U.S.C. §981** |
| | ) | **18 U.S.C. §1343** |
| **Defendant.** | ) | **28 U.S.C. §2461** |
| | ) | |

## S U P E R S E D I N G   I N D I C T M E N T

**THE GRAND JURY CHARGES:**

### Introduction and Scheme to Defraud

1.     During all times material to this Indictment:

a.     The Healthcare Institute LLC ("THI") was a Tennessee Corporation registered with the State of Tennessee as a domestic, for-profit corporation, and located at 7253 Winchester Rd., Memphis, Tennessee.

b.     THI was a healthcare education provider, offering training programs in certified nursing assistance (CNA), phlebotomy, and Licensed Practical Nursing (LPN).

c.     Defendant **KATRINA ROBINSON** was Director and beneficial owner of THI.

d.      The Health Resources and Services Administration (HRSA) was a division of the United States Department of Health and Human Services, a department of the U.S. government.

e.      The Geriatrics Workforce Enhancement Program was a federal grant program administered by HRSA, which awarded federal grant funds to educational institutions for the purpose of promoting education in order to fill a need for healthcare professionals in the field of geriatric care.

f.      Regions Bank was a financial institution headquartered in Birmingham, Alabama whose deposits were insured by the Federal Deposit Insurance Corporation (FDIC).

g.      Pinnacle Bank was a financial institution headquartered in Nashville, Tennessee whose deposits were insured by the Federal Deposit Insurance Corporation (FDIC).

2.      On or about March 20, 2015, **KATRINA ROBINSON**, on behalf of THI, submitted a grant application to HRSA requesting funding under the Geriatrics Workforce Enhancement Program over what was ultimately an approximate four-year period beginning July 1, 2015.

3.      On or about June 29, 2015, HRSA provided **KATRINA ROBINSON** with a Notice of Award approving THI for funding under the Geriatrics Workforce Enhancement Program. The notice, which was subsequently renewed for one-year periods on or about June 29 of each year between 2016 and 2018, contained detailed stipulations as to how the grant funds could be spent, including specific amounts for each approved category of expenditure, such as employee compensation. THI continued to receive funding

2

payments from HRSA under these award notices through on or about June 13, 2019, and received total funding from HRSA in excess of $2.2 million.

4.    Thus, THI received in excess of $10,000 in federal grant funds under the HRSA Geriatrics Workforce Enhancement Program during any given one-year period between January 1, 2015 and December 31, 2019.

5.    Beginning on or about July1, 2015 and continuing until on or about June 30, 2019, defendant **KATRINA ROBINSON** executed a scheme and artifice to defraud, and to obtain money and property belonging to THI through embezzlement, theft, intentional misapplication, and knowing conversion without lawful authority by means which included, but were not limited to the following:

## **Manner and Means**

6.    It was part of the scheme that **ROBINSON**, as Director of THI, would pay herself compensation that was either not approved, or was in excess of what was approved, under the terms of the HRSA grant, including excess salary, a lump sum performance payout, and a lump sum payment for the purpose of establishing an individual retirement account (IRA) for her benefit. Thus, these payments to **ROBINSON** did not constitute bona fide salary, wages, fees, or other compensation paid or reimbursed in the usual course of business, as provided in 18 U.S.C. §666(c).

7.    It was part of the scheme that **ROBINSON** would use THI funds for a large number of personal expenditures. Those funds were either debited directly from THI's primary operating account at Regions Bank in check, debit card, or ACH or other electronic transactions; from a savings account at Regions Banks owned by THI; or were

3

conducted using a THI credit card which was repaid using THI funds. The items involved in these transactions include, but are not limited to, the following:

      a.     One parcel of real property located at 4422 Boeingshire Drive, Memphis, Tennessee;

      b.     One 2016 Jeep Renegade, VIN ZACCJABT9GPD91905;

      c.     Clothing, accessories, and hair and beauty products;

      d.     Expenses related to **ROBINSON's** wedding and honeymoon;

      e.     Other personal travel and entertainment;

      e.     Home electronics;

      f.     Improvements to **ROBINSON's** personal residence;

      g.     Payments on **ROBINSON's** personal credit cards, store charge cards, student loans, and other personal loans;

      h.     Construction, rent, utilities, security services, equipment, and supplies for Celebrity Body Studio, a body aesthetics business owned by **ROBINSON** and unrelated to THI and its mission;

      i.     Equipment and supplies for a snow cone business operated by **ROBINSON's** children;

      j.     Legal fees for **ROBINSON's** divorce;

      k.     Expenses related to a campaign event at TPC Southwind for **ROBINSON's** Tennessee State Senate campaign.

    8.     It was part of the scheme that **ROBINSON** would make fraudulent misrepresentations to representatives of HRSA concerning THI, its operations and educational programs, including, but not limited to:

a. Representing to HRSA in periodic reporting that THI, its operations and programs remained unchanged from what was represented in its initial grant application to HRSA, well knowing that **ROBINSON** was paying herself compensation in excess of what was contemplated in the original application and approved under the terms of the grant, and was diverting a significant amount of THI funds to her own personal use.

b. Representing to HRSA that certain individuals were students and/or graduates of THI's educational programs, well knowing that those individuals were neither current students nor graduates.

9. It was part of the scheme that, using the manner and means described in paragraphs 6-8 above, **ROBINSON** obtained money and other property valued at no less than $600,000.00.

## COUNT 1
## (Theft and Embezzlement Involving Government Programs)

The allegations in paragraphs 1-9 above are hereby realleged and incorporated by reference as if fully set forth herein.

Between on or about July 1, 2015 and on or about June 30, 2016, in the Western District of Tennessee and elsewhere, the defendant

### KATRINA ROBINSON

being an agent of an organization receiving benefits in excess of $10,000 during the one-year period between July 1, 2015 and June 30, 2016 under the Geriatrics Workforce Enhancement Program administered by the U.S. Dept. of Health and Human Services, Health Resources and Services Administration, embezzled, stole, obtained by fraud, knowingly converted without authority to the use of a person not the rightful owner, and

5

intentionally misapplied property worth at least $5,000 and owned by, and under the care, custody, and control of such organization, that is, United States funds in the amounts set forth below paid to the payees set forth below for the general purposes set forth below:

| Begin Date | End Date | Payee | Amount | Description |
|---|---|---|---|---|
| 07/01/2015 | 04/12/2016 | Lowes Co. | $ 4,240.63 | Building supplies |
| 07/08/2015 | 04/25/2016 | Best Buy | $ 5,968.95 | Electronics |
| 07/30/2015 | 06/20/2016 | Paypal | $ 6,451.00 | Clothing, shoes, hair/beauty products, spa supplies |
| 08/26/2015 | N/A | Capital One | $ 2,322.07 | Payment on personal credit card |
| 11/16/2015 | 02/23/2016 | Home Depot | $ 303.42 | Building supplies |
| 01/27/2016 | 04/15/2016 | Wells Fargo Bank NA | $ 2,128.24 | Payments on personal credit card |
| 02/22/2016 | N/A | Surplus Warehouse | $ 111.28 | Building supplies |
| 03/31/2016 | 05/31/2016 | Bookit.com | $ 5,294.93 | Travel to Jamaica |
| 08/26/2015 | N/A | Barclays Bank PLC | $ 1,388.78 | Payment on personal credit card |
| 07/06/2015 | N/A | TJX Rewards | $ 967.00 | Payment on personal TJ Maxx charge card |
| 07/29/2015 | 02/08/2016 | Ross Stores | $ 248.05 | Clothing and home décor |
| 08/04/2015 | N/A | Carnival Cruise Lines | $ 856.10 | Cruise |
| 08/10/2015 | N/A | Dillards | $ 458.27 | Clothing |
| 12/21/2015 | N/A | Floor n Decor | $ 118.04 | Home flooring and furnishings |
| 01/13/2016 | N/A | Lexus of Memphis | $ 65.69 | Personal auto repair |
| 02/27/2016 | 03/25/2016 | Triumph Media Works/Antoine Beane | $ 1,350.00 | Wedding videography |
| 03/05/2016 | N/A | One Main Financial | $ 3,744.07 | Payment on personal loan |
| 04/02/2016 | 06/21/2016 | Southaven Party Rentals | $ 2,286.00 | Wedding party rental |
| 04/02/2016 | N/A | GP Entertainment | $ 2,326.01 | Performing artist booking agency |
| 06/21/2016 | N/A | Facegyrl | $ 1,158.05 | Wedding makeup artist |

6

| 06/26/2016 | N/A | Madison Hotel, Memphis | $ 972.28 | Lodging |
|---|---|---|---|---|
| | | **Total** | $42,758.86 | |

All in violation of Title 18, United States Code, Section 666(a)(1)(A).

## COUNT 2
### (Theft and Embezzlement Involving Government Programs)

The allegations in paragraphs 1-9 above are hereby realleged and incorporated by reference as if fully set forth herein.

Between on or about July 1, 2016 and on or about June 30, 2017, in the Western District of Tennessee and elsewhere, the defendant

### KATRINA ROBINSON

being an agent of an organization receiving benefits in excess of $10,000 during the one-year period between July 1, 2016 and June 30, 2017 under the Geriatrics Workforce Enhancement Program administered by the U.S. Dept. of Health and Human Services, Health Resources and Services Administration, embezzled, stole, obtained by fraud, knowingly converted without authority to the use of a person not the rightful owner, and intentionally misapplied property worth at least $5,000 and owned by, and under the care, custody, and control of such organization, that is, United States funds in the amounts set forth below paid to the payees set forth below for the general purposes set forth below:

| Begin Date | End Date | Payee | Amount | Description |
|---|---|---|---|---|
| 07/25/2016 | 06/15/2017 | Lowes Co. | $ 2,958.05 | Building supplies |
| 08/09/2016 | 06/19/2017 | Best Buy | $ 4,138.80 | Electronics |
| 07/20/2016 | 06/22/2017 | Paypal | $ 8,955.25 | Clothing, shoes, hair/beauty products, spa supplies |
| 07/19/2016 | 05/23/2017 | Capital One | $ 3,950.31 | Payments on personal credit card |

7

| 03/23/2017 | 06/09/2017 | Home Depot | $ 7,772.60 | Building supplies |
|---|---|---|---|---|
| 07/25/2016 | N/A | Wells Fargo Bank NA | $ 1,000.00 | Payment on personal credit card |
| 06/06/2017 | 06/13/2017 | Surplus Warehouse | $ 5,199.63 | Building supplies |
| 08/15/2016 | 05/11/2017 | Amazon.com, Inc. | $ 7,441.81 | Clothing, hair/beauty products, home theatre equipment |
| 12/16/2016 | N/A | Methodist Healthcare FCU | $ 9,965.52 | Payment on personal loan |
| 04/13/2017 | 06/14/2017 | Cesar Herrera | $20,260.00 | Construction/ remodeling work at Celebrity Body Studio |
| 04/17/2017 | N/A | Memphis Grizzlies | $ 1,000.00 | Game tickets, seats for other FedEx Forum events, space rental for children's concession business |
| 04/20/2017 | N/A | MMIC/Malkin Management | $ 1,000.00 | Rent for Celebrity Body Studio |
| 05/19/2017 | N/A/ | Great Lakes Student Loans | $ 2,492.70 | Payments on personal student loan |
| 10/20/2016 | 06/15/2017 | At Home | $ 1,329.83 | Home furnishings and décor |
| 01/05/2017 | 01/24/2017 | Ann Taylor | $ 446.79 | Clothing |
| 08/29/2016 | 05/17/2017 | Ross Stores | $ 357.80 | Clothing and home décor |
| 01/03/2017 | N/A | Barclays Bank PLC | $ 556.36 | Payment on personal credit card |
| 10/03/2016 | N/A | TJX Rewards | $ 1,427.17 | Payment on personal TJ Maxx charge card |
| 05/11/2017 | 06/08/2017 | Floor n Décor | $ 1,227.37 | Home flooring and furnishings |
| 05/04/2017 | 07/13/2017 | Lexus of Memphis | $ 1,635.86 | Personal auto repair |
| | | **Total** | $ 83,115.85 | |

All in violation of Title 18, United States Code, Section 666(a)(1)(A).

## COUNT 3
### (Theft and Embezzlement Involving Government Programs)

The allegations in paragraphs 1-9 above are hereby realleged and incorporated by reference as if fully set forth herein.

Between on or about July 1, 2017 and on or about June 30, 2018, in the Western District of Tennessee and elsewhere, the defendant

### KATRINA ROBINSON

being an agent of an organization receiving benefits in excess of $10,000 during the one-year period between July 1, 2017 and June 30, 2018 under the Geriatrics Workforce Enhancement Program administered by the U.S. Dept. of Health and Human Services, Health Resources and Services Administration, embezzled, stole, obtained by fraud, knowingly converted without authority to the use of a person not the rightful owner, and intentionally misapplied property worth at least $5,000 and owned by, and under the care, custody, and control of such organization, that is, United States funds in the amounts set forth below paid to the payees set forth below for the general purposes set forth below:

| Begin Date | End Date | Payee | Amount | Description |
|---|---|---|---|---|
| 08/30/2017 | 02/05/2018 | Lowes Co. | $ 1,238.96 | Building supplies |
| 07/06/2017 | 04/13/2018 | Best Buy | $ 4,858.08 | Electronics |
| 07/03/2017 | 05/29/2018 | Paypal | $ 10,500.22 | Clothing, shoes, hair/beauty products, spa supplies |
| 07/24/2017 | 01/17/2018 | Capital One | $ 7,312.96 | Payments on personal credit card |
| 07/26/2017 | 09/26/2017 | Home Depot | $ 1,050.41 | Building supplies |
| 08/02/2017 | 12/11/2017 | Wells Fargo Bank NA | $ 4,199.68 | Payments on personal credit card |

9

| 08/07/2017 | 06/29/2018 | Amazon.com, Inc. | $ 7,514.53 | Clothing, hair/beauty products, home theatre equipment |
|---|---|---|---|---|
| 07/06/2017 | N/A | Cesar Herrera | $ 2,270.00 | Construction/ remodeling work at Celebrity Body Studio |
| 07/03/2017 | 10/02/2017 | Memphis Grizzlies | $ 7,981.72 | Game tickets, seats for other FedEx Forum events, space rental for children's concession business |
| 07/24/2017 | 05/17/2018 | MMIC/Malkin Management | $ 11,200.00 | Rent for Celebrity Body Studio |
| 01/17/2018 | 06/13/2018 | Great Lakes Student Loans | $ 3,275.90 | Payments on personal student loan |
| 07/06/2017 | 09/06/2017 | Butler, Sevier, Hinsley & Reid, PLLC | $ 10,505.63 | Legal fees for divorce |
| 08/11/2017 | 09/29/2017 | Daniel Foster | $ 7,610.00 | Construction/ remodeling work at Celebrity Body Studio |
| 09/12/2017 | 03/08/2018 | MLGW | $ 2,765.81 | Utilities for Celebrity Body Studio |
| 01/29/2018 | N/A | Katrina Robinson | $ 25,400.00 | Performance payout, FY 2017 |
| 03/06/2018 | 06/11/2018 | Ally Financial | $ 1,766.33 | Payments on 2016 Jeep Renegade |
| 04/04/2018 | N/A | Shelby County, Tennessee | $ 46,163.09 | Tax sale purchase of real property at 4422 Boeingshire Dr., Memphis, TN |

| 04/10/2018 | N/A | Pershing LLC | $ 54,000.00 | Personal Individual Retirement Account |
|---|---|---|---|---|
| 07/01/2017 | 06/30/2018 | Katrina Robinson | $ 74,281.60 | Salary in excess of amounts permitted under HRSA grant terms |
| 07/17/2017 | 09/05/2017 | At Home | $ 802.45 | Home furnishings and décor |
| 08/30/2017 | 10/05/2017 | Slim Spa Group | $ 1,753.92 | Spa supplies and equipment |
| 09/07/2017 | N/A | Imports of Memphis | $ 3,514.90 | Payment to used car dealer |
| 09/29/2017 | N/A | Southern Snow Sales | $ 2,075.00 | Snow cone supplies |
| 12/22/2017 | N/A | American Airlines | $ 1,057.16 | Airfare |
| 05/29/2018 | N/A | TPC Southwind | $ 2,299.17 | State Senate campaign event |
| 08/30/2017 | 06/11/2018 | Ross Stores | $ 273.67 | Clothing |
| 11/17/2017 | 11/20/2017 | Dillards | $ 460.28 | Clothing |
| | | **Total** | $ 295,970.98 | |

All in violation of Title 18, United States Code, Section 666(a)(1)(A).

## COUNT 4
## (Theft and Embezzlement Involving Government Programs)

The allegations in paragraphs 1-9 above are hereby realleged and incorporated by

reference as if fully set forth herein.

Between on or about July 1, 2018 and June 30, 2019, in the Western District of

Tennessee and elsewhere, the defendant

### KATRINA ROBINSON

being an agent of an organization receiving benefits in excess of $10,000 during the one-

year period between July 1, 2015 and June 30, 2016 under the Geriatrics Workforce

Enhancement Program administered by the U.S. Dept. of Health and Human Services,

11

Health Resources and Services Administration, embezzled, stole, obtained by fraud, knowingly converted without authority to the use of a person not the rightful owner, and intentionally misapplied property worth at least $5,000 and owned by, and under the care, custody, and control of such organization, that is, United States funds in the amounts set forth below paid to the payees set forth below for the general purposes set forth below:

| Begin Date | End Date | Payee | Amount | Description |
|---|---|---|---|---|
| 07/12/2018 | N/A | Lowe's Co. | $ 243.50 | Building supplies |
| 08/15/2018 | N/A | Best Buy | $ 1,599.41 | Electronics |
| 08/29/2018 | 04/26/2019 | Paypal | $ 7,274.50 | Clothing, shoes, hair/beauty products, spa supplies |
| 07/02/2018 | 10/15/2018 | Amazon.com, Inc. | $ 2,039.19 | Clothing, hair/beauty products, home theatre equipment |
| 07/27/18 | 06/04/2019 | MMIC/Malkin Management | $ 13,500.00 | Rent for Celebrity Body Studio |
| 07/13/2018 | 06/13/2019 | Great Lakes Student Loans | $ 9,933.84 | Payments on personal student loan |
| 12/12/2018 | N/A | Butler, Sevier, Hinsley & Reid PLLC | $ 3,717.56 | Legal fees for divorce |
| 08/20/2018 | 06/21/2019 | MLGW | $ 2,037.52 | Utilities for Celebrity Body Studio |
| 07/11/2018 | 06/17/2019 | Ally Financial | $ 6,197.24 | Payments on 2016 Jeep Renegade |
| 12/20/2018 | 03/25/2019 | Gardner Group & Co. | $ 9,500.00 | Renovation work for 4422 Boeingshire Dr. |
| 09/28/2018 | 10/26/2018 | Tuscan Iron Entries | $ 5,528.16 | Iron entry door for personal residence |
| 07/01/2018 | 06/30/2019 | Katrina Robinson | $ 94,851.93 | Salary in excess of amounts permitted under HRSA grant terms |
| 07/09/2018 | 07/26/2018 | LR Clothier | $ 1,207.64 | Clothing |
| 10/12/2018 | 11/14/2018 | ASOS | $ 2,496.82 | Clothing |
| 01/07/2019 | 06/17/2019 | Uber | $ 373.87 | Transportation |
| 01/25/2019 | 06/07/2019 | ADT Security | $ 539.38 | Security services for Celebrity Body Studio |
| 10/22/2018 | 03/19/2019 | Ross Stores | $ 547.48 | Clothing and home décor |
| 12/10/2018 | N/A | Dillards | $ 300.44 | Clothing |

12

| 10/05/2018 | N/A | Floor n Décor | $ | 780.50 | Home flooring and furnishings |
| 01/02/2019 | N/A | At Home | $ | 125.34 | Home furnishings and décor |
| 09/06/2018 | N/A | Slim Spa Group | $ | 1,875.00 | Spa supplies and equipment |
| | | **Total** | $164,669.32 | | |

All in violation of Title 18, United States Code, Section 666(a)(1)(A).

## COUNTS 5-17
## (Wire Fraud)

The allegations in paragraphs 1-9 above are hereby realleged and incorporated

by reference as if fully set forth herein.

On or about the dates set forth below, in the Western District of Tennessee and

elsewhere, the defendant

## KATRINA ROBINSON

for the purpose of executing the scheme described in paragraphs 1-9 above, and

attempting to do so, caused to be transmitted by means of wire communication in

interstate commerce the signals and sounds constituting the financial transactions more

particularly described in each count below:

| Count | Date | Payee | Amount | Description |
|-------|------|-------|--------|-------------|
| 5 | 12/06/2016 | Methodist Healthcare FCU | $9,965.52 | Check payment on personal loan |
| 6 | 01/29/2018 | Katrina Robinson | $25,400.00 | Check payment for performance payout, FY 2017 |
| 7 | 04/04/2018 | Shelby County, Tennessee | $46,163.09 | ACH payment for tax sale purchase of real property at 4422 Boeingshire Dr., Memphis, TN |
| 8 | 04/10/2018 | Pershing, LLC | $54,000.00 | Check payment for personal Individual |

13

| | | | | Retirement Account |
|---|---|---|---|---|
| 9 | 08/04/2015 | Carnival Cruise Lines | $856.10 | ACH payment for cruise |
| 10 | 03/05/2016 | One Main Financial | $3,744.07 | ACH payment for personal loan |
| 11 | 04/02/2016 | GP Entertainment | $2,326.01 | ACH payment to performing artist booking agency |
| 12 | 06/21/2016 | Facegyrl | $1,158.05 | Square electronic payment to wedding makeup artist |
| 13 | 06/26/2016 | Madison Hotel, Memphis | $972.78 | ACH payment for lodging |
| 14 | 09/07/2017 | Imports of Memphis | $3,514.90 | Check payment to used car dealer |
| 15 | 09/29/2017 | Southern Snow Sales | $2,075.00 | Credit card payment for snow cone supplies |
| 16 | 12/22/2017 | American Airlines | $1,057.16 | ACH payments for airfare |
| 17 | 05/29/2018 | TPC Southwind | $2,299.17 | ACH payment for State Senate campaign event |

All in violation of Title 18 United States Code, Section1343.

## CRIMINAL FORFEITURE

1.     The allegations contained in paragraphs 1-9 above and Counts 1-17 of this indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

2.     Pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), upon conviction of an offense(s) in violation of Title 18 United States Code, Section 666 and/or 1343 the defendant, **KATRINA ROBINSON**, shall forfeit to the United States of America any property, real or personal, which

14

constitutes or is derived from proceeds traceable to the offense(s). The property to be forfeited includes, but is not limited to, the following:

    a.    Money Judgment: A personal money judgment representing the aggregate of the proceeds of the scheme to defraud alleged in paragraphs 1-9 and the offenses charged in Counts 1-17, that is, at least six hundred thousand dollars ($600,000.00) in U.S. funds;

    b.    One parcel of real property located at 4422 Boeingshire Drive, Memphis, Tennessee, with all appurtenances and improvements thereon;

    c.    One 2016 Jeep Renegade, VIN ZACCJABT9GPD91905, with all appurtenances and attachments thereon;

    d.    All cash, mutual funds, stocks, bonds, securities, or other financial instruments on deposit or credited to Account Q6H-186404 at Waddell & Reed Financial Advisors (6300 Lamar Ave, Post Office Box 29217, Shawnee Mission KS), which clears through Pershing LLC, a wholly owned subsidiary of the Bank of New York Mellon Corp.

3. If any of the property described above, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant

to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States

Code, Section 982(b)(1) and Title 28, United States Code, Section 2461(c).

A TRUE BILL:

_____
FOREPERSON

DATE: _____

_____
D. MICHAEL DUNAVANT
UNITED STATES ATTORNEY

16

the United States of America shall be entitled to forfeiture of substitute property pursuant

to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States

Code, Section 982(b)(1) and Title 28, United States Code, Section 2461(c).

A TRUE BILL:

*[signature]*

FOREPERSON

DATE: _1/14/2021_

*[signature]*

D. MICHAEL DUNAVANT
UNITED STATES ATTORNEY