COTTEN

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CRIMINAL No. 2:20-cr-20148-SHL |
| v. ) | |
| ) | 18 U.S.C. §666 |
| KATRINA ROBINSON, ) | 18 U.S.C. §1343 |
| ) | 18 U.S.C. §981 |
| Defendant. ) | 28 U.S.C. §2461 |
| ) | |

## NOTICE OF PENALTIES

### COUNTS 1-4
**(Theft and Embezzlement Involving Government Programs)**

Nmt 10 yrs. imprisonment; nmt $250,000 fine, or both; nmt a 3 yr. period of supervised release and a special assessment of $100; see 18 U.S.C. §3013 (a).

### COUNTS 5-20
**(Wire Fraud)**

Nmt 20 yrs. imprisonment; nmt $250,000 fine, or both; nmt a 3 yr. period of supervised release and a special assessment of $100; see 18 U.S.C. §3013 (a).