I love y'all! Thankful for those who support truth and what's right!


Aug 2

LET'S GET ONE THING CLEAR! Senator Katrina Robinson will not be going into court by herself on SEPTEMBER 13, 2021, or whatever date her trial starts. We do not care about a pandemic… we will be wearing our mask of justice that day! I am going to call, text, and email every foot soldier I know to show up.

I did the same for County Commission Henri Brooks when I brought together over 300 individuals to shut it down… Matter of fact… let's shut the entire city down that week! DO NOT SHOP OR SPEND ANY MONEY DURING THE TRIAL!

WE WILL NOT LET YOU LYNCH OUR BELOVED POLITICIAN that has fought for our rights as citizens. This is history repeating itself because WE PLAY TOO MUCH AND STAY TOO LONG!

Where are the so-called political leaders? Where are the politicians that served with her? If you do not stand…YOU WILL BE NEXT!

IDA B. WELLS-BARNETT'S statue should come alive on this one… Come on people, it is time out for playing! By us standing with Senator Katrina Robinson, this will empower her soul and give her the extra will to FIGHT!