SEARCH | ISP List

    

 **Ktrna Rbnsn**   💬 Message   ...

### Intro

🏠 Lives in **Memphis, Tennessee**

📍 From **Memphis, Tennessee**

### Photos — See All Photos



  

### Friends — See All Friends

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Facebook © 2021

 **Ktrna Rbnsn**
August 2 at 3:02 PM · 🌐

Very few people know the details about what a hard time I've been having over the past year. I've had major blows to my finances and business. Issues with health and even family. Those close to me know I'm sometimes too concerned with others problems to ask for help with my own. Really most times I'm just too prideful to ask for help. I smile for the cameras and keep working as if things are status quo because that's what my constituents deserve. I cry in private, smile and work in public. It's how I was raised.

This gesture tho has BLOWN MY MIND!! I have some amazing supporters across this country and I love each and every one of you.. Y'all there are multiple billboards, a whole website and Gofundme rolling just for me. 😱😱 Whoever had the heart and vision to do this I hope you will reveal yourself eventually because I can not begin to thank you enough! Just wow! Thank you thank you thank you! Pressing forward strong I promise!!

FRIENDS, please DONATE and SHARE. It's legit.

#lovekatrina #thankyou



