IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| V. | ) Cr. No. 20-20148-SHL |
| KATRINA ROBINSON, | ) |
| Defendant. | ) |

VERDICT

We, the jury, on the charge in the indictment for our verdict unanimously find as follows:

**COUNTS 11, 12, 18, 19, and 20**
**18 U.S.C. § 1343**
**WIRE FRAUD**

1. We find the defendant, KATRINA ROBINSON, as to **Count 11** _Guilty_.

   ((Guilty))   or   (Not Guilty)

2. We find the defendant, KATRINA ROBINSON, as to **Count 12** _Guilty_.

   ((Guilty))   or   (Not Guilty)

3. We find the defendant, KATRINA ROBINSON, as to **Count 18**
   __Not Guilty_____.
   (Guilty)     or     ((Not Guilty))

4. We find the defendant, KATRINA ROBINSON, as to **Count 19**
   __Guilty_____.
   ((Guilty))    or     (Not Guilty)

5. We find the defendant, KATRINA ROBINSON, as to **Count 20**
   __Guilty_____.
   ((Guilty))    or     (Not Guilty)

9/30/2021
DATE

Michelle L. Jones
PRESIDING JUROR