IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| v. | * | Crim. No. 2:20-cr-20148-SHL |
| KATRINA ROBINSON, | * | |
| Defendant. | * | |
| | * | |

## ORDER GRANTING EXTENSION OF TIME

Upon motion of the United States, the government is granted an extension of seven days to file its response to the defendant's Consolidated Motion for Judgment of Acquittal and Motion for New Trial (ECF 170). That response is now due on **October 29, 2021**.

**IT IS SO ORDERED**, this 21st day of October, 2021.

s/Sheryl H. Lipman
SHERYL H. LIPMAN
UNITED STATES DISTRICT JUDGE