IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>KATRINA ROBINSON,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)   No. 2:20-cr-20148-SHL<br>)<br>)<br>)<br>)<br>) |

**ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO FILE A REPLY MEMORANDUM**

Before the Court is the Defendant's Motion for Leave to File a Reply Memorandum, (ECF No. 184), filed October 29, 2021.  Defendant seeks to reply by Wednesday, November 3, 2021, to the Government's Response to Defendant's Consolidated Motion for Judgment of Acquittal and Motion for New Trial.  (ECF No. 183.)  In support, Defendant contends that the legal and factual issues presented in the matter are substantial and complex; the Court granted the Government additional pages and time to file their Response; the Government does not oppose this Motion for Leave; and five days' time to file the Reply will still allow the Court to make a decision expeditiously.

Finding good cause, the Motion is **GRANTED**.  Defendant's deadline to file its Reply is November 3, 2021.

**IT IS SO ORDERED**, this 29th day of October, 2021.

                                                    s/ Sheryl H. Lipman
                                                    SHERYL H. LIPMAN
                                                    UNITED STATES DISTRICT JUDGE