# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**KATRINA ROBINSON,** )<br>)<br>Defendant. ) | **Criminal No.: 20-CR-20148-SHL** |

## MOTION TO CONTINUE SENTENCING HEARING

Comes now the United States of America and moves this Honorable Court for a continuance of the Sentencing Hearing set January 14, 2022 at 9:00 AM. In support, the United States submits as follows:

1. The Court recently continued the Sentencing Hearing in this matter to Friday, January 14, 2022.

2. Counsel for the United States, Scott Smith, is scheduled to be in trial the week of January 10, 2022.

3. The trial arises from an indictment charging bank robberies occurring on three different dates and is expected to conclude no earlier than on Friday, January 14, 2022 with the possibility of carrying on into the weekend or Monday of the following week.

4. In light of the foregoing, the United States respectfully requests that this Honorable Court continue the Sentencing Hearing to a date on or after January 18, 2022.

5.  Counsel for the Defendant is unopposed to this motion.

                                          Respectfully submitted,

                                          JOSEPH MURPHY, JR.
                                          Acting United States Attorney

BY:   s/ *Scott Smith*
        SCOTT SMITH
        Assistant U.S. Attorney
        167 N. Main, Room 800
        Memphis, Tennessee 38103
        Telephone: 901-544-4231

## **CERTIFICATE OF SERVICE**

I, Scott Smith, Assistant United States Attorney for the Western District of Tennessee, hereby certify that a copy of the foregoing pleading was filed by electronic means via the court's electronic filing system to counsel for the defendant. This 9th day of December 2021.

                BY:   s/ *Scott Smith*
                         SCOTT SMITH
                         Assistant United States Attorney