IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| | | Crim. No. 2:20-cr-20148 |
| v. | * | |
| KATRINA ROBINSON, | * | |
| Defendant. | * | |

# NOTICE OF APPEAL

The United States of America, by and through Joseph C. Murphy, Jr., Acting United States Attorney, and Christopher E. Cotten, Assistant United States Attorney for the Western District of Tennessee, appeals to the United States Court of Appeals for the Sixth Circuit from the Order Denying Defendant's Motion for Judgment of Acquittal as to Counts 11 and 12; Granting Defendant's Motion for Judgment of Acquittal as to Counts 19 and 20; and Denying Defendant's Motion for New Trial (RE-206) entered on January 6, 2022.

                                                    Respectfully submitted,

                                                    JOSEPH C. MURPHY, JR.
                                                    Acting United States Attorney

                                  By:    /s Christopher E. Cotten
                                          CHRISTOPHER E. COTTEN
                                          Assistant United States Attorney
                                          800 Federal Bldg., 167 N. Main
                                          Memphis, Tennessee 38103
                                          (901) 544-4231, CCotten@usa.doj.gov
                                          No. 014277 (Tennessee)

## CERTIFICATE OF SERVICE

I, Christopher E. Cotten, Assistant United States Attorney for the Western District of Tennessee, do hereby certify that a copy of the foregoing notice has been sent, either first-class postage pre-paid or via the Court's electronic filing system, to the attorneys for the defendant.

This 31st day of January, 2022.

                                              /s Christopher E. Cotten
                                              CHRISTOPHER E. COTTEN
                                              Assistant United States Attorney